UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN PADDEN,

    Plaintiff,

v.

CITY OF DES MOINES and MICHAEL MATTHIAS,

    Defendants.

Cause No. C20-0845RSL

ORDER ALLOWING WITHDRAWAL AND AMENDMENT

This matter comes before the Court on "Defendant Matthias' Motion for Leave to Withdraw and Amend Responses to Requests for Admission." Dkt. # 11. Having reviewed the submissions of the parties and the current case management schedule,[1] and being cognizant of the fact that the COVID pandemic has upended normal routines and practices that would likely have avoided the error that occurred here, the Court finds as follows:

Good cause exists for allowing defendant Matthias to withdraw his responses to the second set of Requests for Admission and to serve revised or amended responses within ten days of the date of this Order. Doing so will promote the presentation of the case on its merits and will not unfairly prejudice plaintiff. See Fed. R. Civ. P. 36(b). Defendant Matthias' motion to

---

[1] The discovery deadline is January 3, 2021. Dkt. # 10.

ORDER ALLOWING WITHDRAWAL
AND AMENDMENT - 1

1 | withdraw and amend is therefore GRANTED.

3 | Dated this 17th day of November, 2020.

<em>/s/ Robert S. Lasnik</em><br>
Robert S. Lasnik<br>
United States District Judge

ORDER ALLOWING WITHDRAWAL
AND AMENDMENT - 2