The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

SUSAN PADDEN, a single woman,

                Plaintiff,

    v.

CITY OF DES MOINES, a Washington Municipal Corporation, and MICHAEL MATTHIAS,

                Defendants.

No. 2:20-cv-845-RSL

JOINT STIPULATED REQUEST AND ORDER FOR ADJUSTMENT OF DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS

**STIPULATION**

On January 26, 2021 the court issued an order denying Defendant's Motion to Compel without prejudice to re-file based on the current status of Plaintiff's discovery production. While the parties have continued to work cooperatively in an effort to obtain Plaintiff's discovery responses, the production has occurred on a rolling basis since Defendants' Motion to Compel was filed and Plaintiff is still continuing to produce documents and privilege logs.

As the parties jointly desire to resolve these discovery matters without requiring further court intervention, the parties hereby stipulate to and jointly request the court extend the deadline to complete discovery, for the limited purpose of discovery necessary to follow-up on Plaintiff's recent discovery productions, and to allow the parties to resolve the issue of whether Tim George's communications to certain entities are privileged, to February 23,

JOINT STIPULATED REQUEST AND ORDER FOR ADJUSTMENT OF DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS - 1
2:20-cv-845-RSL
1002-01576/532816.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

2021, and the deadline to file dispositive motions to February 25, 2021.  If the parties cannot agree regarding the reasonableness of any additional discovery requested by Defendants, the parties will jointly submit a request for ruling by the court in as expeditious manner as is reasonable. Pursuant to such stipulation, Defendants agree not to seek an award of attorney fees, costs, or sanctions for Plaintiff's failure to respond to discovery requests or for spoliation of evidence.

Dated this 1st day of February, 2021

*/s/ Patricia Bosmans (signed per Dkt. 30)*
Patricia Bosmans, WSBA #9148
Attorneys for Plaintiff

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Jayne L. Freeman signed per Dkt. 30)*
Jayne L. Freeman, WSBA # 24318
Amanda Butler, WSBA #40473
Attorneys for Defendants

# ORDER

Pursuant to the foregoing stipulation of counsel, it is HEREBY ORDERED that the deadlines for completing discovery is extended to February 23, 2021, for the limited purpose of discovery necessary to follow-up on Plaintiff's recent discovery productions, and the deadline for filing dispositive motions is extended to February 25, 2021.

JOINT STIPULATED REQUEST AND ORDER FOR ADJUSTMENT OF DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS - 2
2:20-cv-845-RSL
1002-01576/532816.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Dated this 2nd day of February, 2021.

*signature: Mht S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Jayne L. Freeman signed per Dkt. 30)*
Jayne L. Freeman, WSBA # 24318
801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Telephone:  (206) 623-8861
Fax:  (206) 223-9423
Email:  jfreeman@kbmlawyers.com

Law Office P. Bosmans
1607 25th St. P. S.E.
Puyallup, WA  98372
PBosmans_Law@outlook.com
253 770-3164

*/s/ Patricia Bosmans (signed per Dkt. 30)*
Patricia Bosmans, WSBA #9148

Attorneys for Plaintiff

JOINT STIPULATED REQUEST AND ORDER FOR ADJUSTMENT OF DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS - 3
2:20-cv-845-RSL
1002-01576/532816.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423